# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DUSTIN REEDER, | No. 4:20-CV-00591 |
| Plaintiff, | (Judge Brann) |
| v. | |
| DAMON HAGAN, DEREK SLAUGHTER, THE CITY OF WILLIAMSPORT and its COUNCIL FRATERNAL ORDER OF POLICE (LODGE 29), and FRED MILLER, | |
| Defendants. | |

## ORDER

**AND NOW**, this 24th day of September 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Motions to Dismiss, Docs. 10, 12, and 14, are **GRANTED**.

2. Plaintiff may file an amended complaint by October 15, 2020. If no amended complaint is filed by that date, the action will be summarily dismissed pursuant to Fed. R. Civ. P. 41(b).

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge