IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DUSTIN REEDER,<br><br>      Plaintiff,<br><br>   v.<br><br>DAMON HAGAN, DEREK SLAUGHTER, and FRED MILLER, IV,<br><br>      Defendants. | No. 4:20-CV-00591<br><br>(Judge Brann) |

## ORDER

**AND NOW**, this 28th day of December 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Motions to Dismiss (Docs. 26 and 27) are **GRANTED**.

2. Leave to amend is **DENIED**.

3. The case is **DISMISSED** and the Clerk is directed to close the case file.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge